**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**
**THIRD DIVISION**

THERESA CRANE,

Plaintiff,

v.

AMERICAN EXPRESS FINANCIAL CORPORATION,

Defendant.

Civil No. 02-107 DWF/AJB

**ORDER OF RECUSAL**

---

Pursuant to the provisions of 28 U.S.C. § 455(a), the undersigned hereby recuses himself in this matter.

Dated: January 22, 2002

ARTHUR J. BOYLAN
United States Magistrate Judge

JAN 2 2 2002
FILED
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK

Pursuant to a recusal by the Magistrate on this case, the case has now been reassigned to Magistrate Judge SUSAN R. NELSON

NEW CASE NUMBER 02-107 DWF/SRN
Use this case number for all further filings.