**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**
**FOURTH DIVISION**

**Court FileNo.:02-107 DWF/SRN**

**Theresa Crane**

**Plaintiff,**

**v.**

**American Express Financial Corporation,**

**Defendant.**

**ORDER TO DISMISS WITH PREJUDICE AS TO PLAINTIFF'S CLAIM OF DEFAMATION AND DEFENDANT'S COUNTERCLAIM**

Based on the foregoing:

IT IS HEREBY ORDERED that all matters pertaining to plaintiff's claim of defamation (Count II) and all matters pertaining to defendant's counterclaim are hereby dismissed with prejudice. It is further ordered that neither party will seek to amend their Complaint or Answer to add additional claims or counterclaims in this matter, in an attempt to defeat the purpose of this stipulation. Each party agrees to bear its own costs and reasonable attorney's fees as to the dismissed claims.

Signed: June 10, 2002.

The Honorable Donovan W. Frank

JUN 10 2002
FILED
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK

**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**
**FOURTH DIVISION**

**Court FileNo.:02-107 DWF/SRN**

**Theresa Crane**

**Plaintiff,**

**v.**

**American Express Financial Corporation,**

**Defendant.**

**STIPULATION TO DISMISS WITH PREJUDICE AS TO PLAINTIFF'S CLAIM OF DEFAMATION AND DEFENDANT'S COUNTERCLAIM**

IT IS HEREBY STIPULATED AND AGREED by and between Plaintiff Theresa Crane and Defendant American Express Financial Corporation, parties hereto, by their respective counsel, that all matters pertaining to plaintiff's claim of defamation (Count II) and all matters pertaining to defendant's counterclaim are hereby dismissed with prejudice. It is the purpose of this stipulation that the issue to be resolved in this litigation is limited to whether or not severance and/or a pro-rated bonus is owed. It is further stipulated that neither party will seek to amend their Complaint or Answer to add additional claims or counterclaims in this matter, in an attempt to defeat the purpose of this stipulation.

Each party agrees to bear its own costs and reasonable attorney's fees as to the dismissed claims.

Dated: 6/7, 2002

**GUST LAW FIRM**

#158847

Robert Gust
4040 IDS Center
80 South Eighth Street
Minneapolis, MN 55402
(612) 664-0060

Attorney for Plaintiff

Dated: 6/6, 2002

**CAROLYN GUY, LLC**

Carolyn Guy
Atty. Reg. No. 254186
Ten South Fifth Street, Suite 950
Minneapolis, MN 55402
(612) 843-5400
Counsel for Defendant

## *Featured Speakers Include:*

**District of Minnesota**

**Judge David S. Doty**

**Judge Donovan W. Frank**

**Judge Paul A. Magnuson**

**Judge Ann D. Montgomery**

**Judge John R. Tunheim**

**Chief Magistrate Judge Jonathan Lebedoff**

**Magistrate Judge Arthur J. Boylan**

**United States Bankruptcy Court**
**District of Minnesota**

**Judge Robert J. Kressel**

**Application Pending for 7.5 CLE Credits including 2 Ethics and 1 Bias Credit**

**The Minnesota Chapter of the Federal Bar Association**
c/o Kelly & Berens, P.A.
80 S. 8th Street, Suite 3720
Minneapolis, MN 55402

NON-PROFIT
ORGANIZATION
U.S. POSTAGE
PAID
Minneapolis, MN
Permit No. 2657

**MINNESOTA CHAPTER OF THE FEDERAL BAR ASSOCIATION**

**In connection with The Federal Judiciary**

# *28th Annual Federal Court Practice Seminar*

**June 19, 2002**
**8:00 am—5:15 pm**

**Minneapolis Convention Center**
**1301 Second Avenue South**
**Room 208**
**Minneapolis, MN 55402**
**(612) 335-6000**

## Morning Session:

| | |
|---|---|
| 7:30-8:00 | **Registration** |
| 8:00-8:15 | **Opening Remarks and Welcome,** ***Judge Ann D. Montgomery*** |
| 8:15-9:00 | **Securities Law Issues in the Wake of Enron,** ***Timothy J. Warren (SEC Midwest Regional Office), Professor Niels Schaumann (William Mitchell College of Law), Karl L. Cambronne (Chestnut & Cambronne)*** |
| 9:00-9:45 | **Current Issues in Employment Law,** ***Judge Paul A. Magnuson, Linda L. Holstein (Parsinen Kaplan Rosberg & Gottlieb PA), John R. McDonald (Meagher & Geer, PLLP), Daniel Oberdorfer (Leonard, Street and Deinard)*** |
| 9:45-10:00 | **Morning Break** |
| 10:00-10:45 | **Current Initiatives in the U.S. Attorneys' Office,** ***Tom Heffelfinger (U.S. Attorneys Office)*** |
| 10:45-11:45 | **Discovery Disputes: Professionalism in the Practice of Law?,** ***Judge David S. Doty, Chief Magistrate Judge Jonathan Lebedoff, Magistrate Judge Arthur J. Boylan,*** |
| 11:45-12:45 | **Lunch (Room 211)** |

11:45-12:45 Lunch (Room 211)

## Afternoon Session:

| | |
|---|---|
| 12:45-1:30 | **The Clerk's Office Can Be Your New Best Friend,** ***Celeste Shahidi, Lou Jean Gleason, Mary Lenner, Gertie Simon, Andy Seldon*** |
| 1:30-2:15 | **How to Effectively Teach and Persuade in Patent or Intellectual Property Cases: Why, When and How,** ***Judge Donovan W. Frank, Becky R. Thorson (Robins, Kaplan, Miller & Ciresi), Stephen J. Davidson (Leonard, Street and Deinard)*** |
| 2:15-3:15 | **Issues in the Wake of 9/11: Racial Profiling --** ***Daniel M. Scott (U.S. Federal Public Defenders' Office)*****; Response by the Department of Justice --** ***Tony Brown (U.S. Attorneys Office)*** |
| 3:15:3:30 | **Afternoon Break** |
| 3:30-4:15 | **Update on Technology Tools for Litigating in Federal Court,** ***Judge John R. Tunheim, Judge Robert J. Kressel, Eric J. Magnuson (Rider, Bennett, Egan & Arundel)*** |
| 4:15-5:15 | **Ethics in "Real Life" Practice Situations,** ***Martin A. Cole (Lawyers Professional Responsibility Office)*** |

## *Seminar Registration*

☐ Member $195.00

☐ Non-Member $225.00

Name ______________________

Firm/Employer ______________________

Address ______________________

______________________

______________________

Phone ______________________

E-Mail ______________________

**Complete registration form and send with check payable to:**

**Minnesota Chapter, FBA**
**c/o Nancy Gustafson**
**Kelly & Berens, P.A.**
**Suite 3720 IDS Center**
**80 South Eighth Street**
**Minneapolis, Minnesota 55402**

**Not a Member? Join the FBA**

*To apply on-line or to download application form go to http://www.fedbar.org and click on "Join the FBA."*

Questions call: Barbara P. Berens, Vice President, Planning, Minnesota Chapter FBA
(612)-349-6171

**Annual Seminar Planning Committee:**

Kristine M. Boylan, Meagher & Geer, P.L.L.P.

Catherine A. McEnroe, Leonard, Street and Deinard

Celeste M. Shahidi, U.S. Courthouse Minneapolis Building

Susan Nolting, U.S. Department of Justice

Maureen Watz Gornik, Warren E. Burger Federal Building