UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
THIRD DIVISION

| | |
|---|---|
| Theresa Crane,<br>Plaintiff,<br><br>v.<br><br>American Express Financial Corporation,<br>Defendant. | Civil No. 02-107 DWF/SRN<br>Case Type: Contract / ERISA<br><br>**STIPULATION AND ORDER TO DISMISS ALL PENDING CLAIMS** |

IT IS HEREBY STIPULATED AND AGREED, by and between Plaintiff Theresa Crane and Defendant American Express Financial Corporation, through their respective counsel, that the claims made herein can be and hereby are dismissed with prejudice. This dismissal is without prejudice to any claims not made in this litigation.

Dated: 8/16/2

Robert Gust (Minn. Bar #158847)
Hellmuth & Johnson, PLLC
10400 Viking Drive, Suite 560
Eden Prairie, MN 55344
(952) 941-4005

**ATTORNEYS FOR PLAINTIFF**

Date: 8/19/02

Carolyn Guy (#254186)
Carolyn Guy, LLC
10 South Fifth Street, Suite 950
Minneapolis, MN 55402
612-843-5400

**ATTORNEY FOR DEFENDANT**

**IT IS SO ORDERED:**

Date: August 22, 2002

United States District Judge

FILED AUG 22 2002
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK